**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff, : | |
| vs : | 1:05-CV-58 (WLS) |
| ALL THAT CERTAIN LOT, TRACT OR : PARCEL OF LAND LYING AND BEING : 3.0 ACRES OF LAND LOT NO. 20 IN : THE 6TH LAND DISTRICT OF TURNER : COUNTY, GEORGIA, MORE : COMMONLY KNOWN AS 7361 : HIGHWAY 41 SOUTH, SYCAMORE, : GEORGIA, ET. AL., : | |
|     Defendants. : | |

**O R D E R**

Before the Court is the Government's motion to stay the proceedings. (Tab 28). In response to said motion, the Court ordered the Government to provide the Court, *in camera and under seal*, a summary of its position in support of the motion. (Tab 30). The Government filed a timely response to the Court's order. (Tab 31). For good cause shown, the Government's motion to stay the proceedings in this case (Tab 28) is **GRANTED.** However, the Court reserves the right to reconsider this order, if the criminal proceeding is extensively delayed or unduly extended.

SO ORDERED, this  1st  day of November, 2005.

                                                     /s/W. Louis Sands
                                                   **W. Louis Sands, Chief Judge
                                                   United States District Court**